O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Screen Actors Guild-Producers Pension Plan; and Trustees of the Screen Actors Guild-Producers Health Plan,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Return to Sleepaway Corp., a New York Corporation<br><br>        Defendant. | CV 09-4495-RSWL (PJWx)<br><br>**ORDER** Re: Plaintiffs' Motion for Assignment Order to Enforce Judgment [18] |

On December 14, 2010, Plaintiffs Trustees of the Screen Actors Guild-Producers Pension Plan and Trustees of the Screen Actors Guild-Producers Health Plan's Motion for Assignment Order to Enforce Judgment came on for regular calendar before the Court.  The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiffs' Motion for an Assignment Order is **GRANTED**. The Court finds that an Assignment Order is appropriate because Plaintiffs' request for an assignment of Defendant's right to present and future payments related to Defendant's "Return to Sleepaway Camp" film from the third party, Magnolia Films LLC, complies with Federal Rule of Civil Procedure 69 and California Code of Civil Procedure Section 708.510. Moreover, the Court finds that an assignment here is necessary in order for Plaintiffs to satisfy their judgment.

Accordingly, the Court will issue the requested Assignment Order directing that Defendant's right to payments, now and in the future, made by Magnolia Films LLC in connection with Defendant's "Return to Sleepaway Camp" film be assigned from Magnolia Films LLC to Plaintiffs to the extent necessary to pay and satisfy the judgment in this matter.

**IT IS SO ORDERED.**

DATED: December 22, 2010.

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2