O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Screen Actors Guild-Producers Pension Plan; and Trustees of the Screen Actors Guild-Producers Health Plan,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Return to Sleepaway Corp., a New York Corporation<br><br>　　　　Defendant. | CV 09-4495-RSWL (PJWx)<br><br>**AMENDED ASSIGNMENT ORDER** |

　　Pursuant to the Order Re: Motion for Assignment Order to Enforce Judgment entered December 22, 2010, Federal Rule of Civil Procedure 69 and California Code of Civil Procedure § 708.510, the Court hereby issues the following Assignment Order:

　　Judgment Debtor Return to Sleepaway Corporation is ordered to assign to Judgment Creditors Trustees of the Screen Actors Guild-Producers Pension Plan and Trustees of the Screen Actors Guild-Producers Health Plan all of

1

its rights, titles, and interest in payments related to the film "Return to Sleepaway Camp," now and in the future, that are made directly to Defendant by the third party Magnolia Pictures LLC and any of its subsidiaries, agents and assignees to the extent necessary to pay and satisfy the judgment in this matter. However, this Assignment shall not be greater than the unpaid amount of the Judgment.

It is further ordered that Judgment Debtor Return to Sleepaway Corporation direct Magnolia Pictures LLC in writing to make these payments directly to Judgment Creditors Trustees of the Screen Actors Guild-Producers Pension Plan and Trustees of the Screen Actors Guild-Producers Health Plan and that the payments be addressed to their Counsel, Bush Gottlieb Singer Lopez Kohanski Adelstein & Dickinson, located at 500 North Central Avenue, Suite 800, Glendale, California 91203-3345.

Finally, Judgment Debtor Return to Sleepaway Corporation is ordered not to assign any of its payments from Magnolia Pictures LLC to any legal entity.

**IT IS SO ORDERED.**

DATED: January 3, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge